# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY WHITE,
Inmate No. A-486503

    Petitioner, : Case No. 3:85-cv-025

- vs -     District Judge Walter H. Rice
    Magistrate Judge Michael R. Merz

NORMAN ROBINSON, Warden,
London Correctional Institution

    Respondent. :

## RECOMMITTAL ORDER

This case is before the Court on Petitioner's Objections (ECF No. 64) to the Magistrate Judge's Order (ECF No. 61) transferring Petitioner's Motion to Revive and Enforce the 1991 Judgment (ECF No. 54).

The District Judge has preliminarily considered the Objections and believes they will be more appropriately resolved after further analysis by the Magistrate Judge. Accordingly, pursuant to Fed. R. Civ. P. 72(b)(3), this matter is hereby returned to the Magistrate Judge with instructions to file a supplemental report analyzing the Objections and making recommendations based on that analysis.

January 24, 2019.

                                              Walter H. Rice
                                              United States District Judge