# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

GREGORY WHITE,
Inmate No. A-486503

        Petitioner,    :   Case No. 3:85-cv-025

- vs -                     District Judge Walter H. Rice
                              Magistrate Judge Michael R. Merz

NORMAN ROBINSON, Warden,
  London Correctional Institution

                            :

        Respondent.

## ORDER ADOPTING SUPPLEMENTAL REPORT AND RECOMMENDATIONS

The Court has reviewed the Supplemental Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 67), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Supplemental Report and Recommendations.

Accordingly, it is hereby ORDERED that Petitioner's Motion to Revive the 1991 Judgment (ECF No. 54) be DENIED. Because reasonable jurists would not disagree with this conclusion, Petitioner is denied a certificate of appealability and the Court certifies to the Sixth Circuit that any appeal would be objectively frivolous and therefore should not be permitted to proceed *in forma pauperis*.

February 15, 2019.

                                                             Walter Herbert Rice
                                                             United States District Judge